PROB 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA



FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JUN 14 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

U. S. A. vs. Craig S. Burnes                               Docket No. 4:99-CR-039-01-HLM

### PETITION AND ORDER TO MODIFY CONDITIONS OF SUPERVISED RELEASE

COMES NOW Kathryn R. Shields PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Craig S. Burnes who was placed on supervision for the offense of Credit Card Fraud, 18 U.S.C. § 1029(a)(5), by the Honorable Harold L. Murphy sitting in the court at Rome, on the 7th day of March, 2000 who fixed the period of supervision at 36 months, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall make a full and complete disclosure of finances and submit to an audit of financial documents, at the request of the United States Probation Officer.

The defendant shall not incur new credit charges or open additional lines of credit without the approval of the Untied States Probation Officer unless the defendant is in compliance with the installment payment schedule required in this Court's Restitution Order.

The defendant shall not own, possess or have under his control any firearm, dangerous weapon or other destructive device.

The defendant shall make restitution to the following persons in the following amounts: CNA Pro Financial - Recovery Unit, P.O. Box 904, Monmouth, New Jersey 08852-0904, Attn: Linda Rapps, (732) 398-4000, in the amount of $6,592.21, and SCI Management Corporation, P.O. Box 130548, Houston, Texas 77219-0548, Attn: Risk Management, (713) 525-9716, in the amount of $50,500.00.

The defendant shall make restitution payments from any wages he may earn in prison in accordance with the Bureau of Prisons Financial Responsibility Program. Any portion of the restitution that is not paid in full at the time of the defendant's release from imprisonment shall become a condition of his supervision and shall be paid at the monthly rate of $300.00 per month.

The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

The defendant was released from federal custody on November 3, 2004, with a supervised release termination date scheduled for November 2, 2007.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

On May 24, 2005, Mr. Burnes revealed daily episodes of depression and crying spells. Mr. Burnes agreed to sign a Waiver of Hearing to Modify Conditions of Supervised Release form to add mental health treatment as a condition of his supervised release.

PRAYING THAT THE COURT WILL ORDER the conditions of Supervised Release be modified to the defendant shall participate in a mental health treatment program under the guidance and supervision of the U.S. Probation Officer.

ORDER OF COURT

Considered and ordered this _____ day of _____ and ordered filed and made a part of the records in the above case.

_____
Honorable Harold L. Murphy
U. S. District Court Judge

Respectfully,

_____
Kathryn R. Shields
U. S. Probation Officer

Place:   Rome, Georgia

Date:    June 7, 2005

_____
Richard C. Flanigen
Supv. U. S. Probation Officer