UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. - Rome

JUL 0 6 2005

LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

United States of America,

v.                                CRIMINAL ACTION FILE
                                  NO. 4:99-CR-039-01

Craig S. Burnes.

ORDER

This case is before the Court on Defendant's Motion to Suppress [15].

Defendant entered a plea of guilty in this case. The Court therefore **DENIES AS MOOT AND WITHOUT PREJUDICE** Defendant's Motion to Suppress [15].

IT IS SO ORDERED, this the 5th day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE

1

AO 72A
(Rev. 8/82)